UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEZHEN LIU, also known as Jennifer Liu,

Plaintiff,

-against-

SMBC MANUBANK doing business as
Jenius Bank,

Defendant.

25-CV-10442 (LTS)

ORDER DENYING AMENDED IFP
APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brought several prior actions in which she indicated in her *in forma pauperis* (IFP) applications that she had $98,000 in assets from a personal injury settlement deposited in Jenius Bank, and the Court therefore denied her IFP status. *See Liu v. Marcus Garvey Apartments*, No. 25-CV-5117 (S.D.N.Y. Dec. 5, 2025); *Liu v. Urban Pathways*, No. 25-CV-5118 (S.D.N.Y. Oct. 8, 2025); *Liu v. Mayor Eric Adam's Administration*, No. 25-CV-5119 (S.D.N.Y. Oct. 31, 2025).

Plaintiff filed an IFP application in this action on December 15, 2025, making no mention of these substantial assets. Under 28 U.S.C. § 1915(e)(2)(A), the court must dismiss a complaint if the allegation of poverty is untrue. By order dated December 18, 2025, the Court issued an order noting that Plaintiff's prior IFP application listed her assets from a settlement and that these assets had not been included in the current IFP application. The Court directed Plaintiff either to file an amended IFP application that was fully completed or to prepay the filing fees.

On December 19, 2025, Plaintiff filed an amended IFP application that does not address the question that was raised about her settlement assets or include these assets. Given Plaintiff's failure to address this conflicting information, the Court cannot conclude that Plaintiff is unable to pay the filing fees and denies leave to proceed without prepayment of fees.

**CONCLUSION**

Leave to proceed without prepayment of fees is denied. Plaintiff is directed to pay $405.00 in fees – a $350.00 filing fee and a $55.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

SO ORDERED.

Dated:    January 9, 2026
           New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge