UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEZHEN LIU,

                              Plaintiff,

              -against-

SMBC MANUBANK,

                              Defendant.

25-CV-10442 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated December 18, 2025, the Court held that Plaintiff's *in forma pauperis* ("IFP") application did not show that she was unable to pay the filing fees and directed Plaintiff, within thirty days, either (1) to submit an amended IFP application, or (2) to pay the $405.00 in fees required to file a civil action in this court. On December 19, 2025, Plaintiff filed an amended IFP application. On January 9, 2026, the Court denied Plaintiff's amended IFP application and granted her 30 days' leave to pay the filing fees. That order specified that failure to comply would result in dismissal of the complaint, without prejudice to refiling.

Plaintiff submitted several applications (ECF 11-14) but has not paid the filing fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915. Because the Court dismisses this action, Plaintiff's motion seeking to hold the City of New York and the administration of former Mayor Eric Adams in contempt is denied without prejudice (ECF 12-13), and the Clerk of Court is directed to terminate all pending motions.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this matter.

SO ORDERED.

Dated:    February 10, 2026
          New York, New York

_/s/ Laura Taylor Swain_
LAURA TAYLOR SWAIN
Chief United States District Judge
